IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                  CRIMINAL NO. 2:21-cr-28-KS-MTP

HARLEY COX, III

## ORDER RESTRICTING ACCESS TO RECORD OF HEARING

On joint Motion of the prosecution and defense to restrict the record of the hearing held on July 7, 2022, in the above styled case, the Court considered same, and finds that the Motion should be SUSTAINED.

NOW, THEREFORE, IT IS HEREBY ORDERED that access to the transcript and record of the hearing held in the above styled case on July 7, 2022, be, and the same is, hereby RESTRICTED to the parties and their attorneys of record only, in this case.

SO ORDERED this the ___12th___ day of July, 2022.


_____s/Keith Starrett_____
.                                UNITED STATES DISTRICT JUDGE